Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TALA JOSEPHANO

      Plaintiff

vs.                                    Civil No.    25-753    (ACR)

AMERICAN AIRLINES INC. et al         Category    F

      Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __3/20/2025__ from __Judge Reggie B. Walton__

to __Judge Ana C. Reyes__ by direction of the Calendar Committee.

(Case Related)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc:  Judge Reggie B. Walton  & Courtroom Deputy
     Judge Ana C. Reyes  & Courtroom Deputy
Liaison, Calendar and Case Management Committee