### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TALA JOSEPHANO**  )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**AMERICAN AIRLINES, INC. et al.,**  )<br>)<br>**Defendants.**  )<br>) | Case No. 1:25-cv-753-ACR |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm of IslerDare, P.C., who is a member in good standing of the District of Columbia Bar and of this Court, hereby enters his appearance in the above-titled action on behalf of Defendant American Airlines Inc.

Dated: June 20, 2025

Respectfully submitted,

/s/ *Micah E. Ticatch*
Micah E. Ticatch, DC Bar No. 1005398
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mticatch@islerdare.com
*Counsel for American Airlines Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system and will also serve a copy of the foregoing via electronic mail and first-class mail upon the following:

>Tala Josephano
>615 Catalina Ave, #233
>Redondo Beach, CA 90277
>josephanotala@gmail.com
>*Pro Se Plaintiff*

>            /s/ *Micah E. Ticatch*
>Micah E. Ticatch, DC Bar No. 1005398
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690
>(703) 748-2695 (fax)
>mticatch@islerdare.com
>*Counsel for American Airlines Inc.*