IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TALA JOSEPHANO )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>AMERICAN AIRLINES, INC. et al., )<br>)<br>    **Defendants.** )<br>) | Case No. 1:25-cv-753-ACR |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Edward Lee Isler of the law firm of IslerDare, P.C., who is a member in good standing of the District of Columbia Bar and of this Court, hereby enters his appearance in the above-titled action on behalf of Defendants American Airlines Inc. and Micah E. Ticatch.

Dated: June 20, 2025

Respectfully submitted,

   /s/ *Edward Lee Isler*
Edward Lee Isler, DC Bar No. 417076
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
eisler@islerdare.com
*Counsel for Micah E. Ticatch and American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system and will also serve a copy of the foregoing via electronic mail and first-class mail upon the following:

> Tala Josephano
> 615 Catalina Ave, #233
> Redondo Beach, CA 90277
> josephanotala@gmail.com
> *Pro Se Plaintiff*

>     /s/ *Edward Lee Isler*
> Edward Lee Isler, DC Bar No. 417076
> ISLER DARE, P.C.
> 1945 Old Gallows Road, Suite 650
> Vienna, Virginia 22182
> (703) 748-2690
> (703) 748-2695 (fax)
> eisler@islerdare.com
> *Counsel for Micah E. Ticatch and American Airlines, Inc.*