**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TALA JOSEPHANO | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:25-cv-753-ACR |
| | ) |
| AMERICAN AIRLINES, INC. et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**DEFENDANT AMERICAN AIRLINES INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to LCvR 26.1, I, the undersigned, counsel of record for Defendant American Airlines Inc., certify that Defendant is owned by a publicly traded company American Airlines Group, Inc. (Nasdaq: AAL) which has outstanding securities in the hands of the public. This representation is made in order that judges of this Court may determine the need for recusal.

Dated: June 20, 2025                                        Respectfully submitted,

                                                                                   /s/ *Micah E. Ticatch*
                                         Micah E. Ticatch, DC Bar No. 1005398
                                         ISLER DARE, P.C.
                                         1945 Old Gallows Road, Suite 650
                                         Vienna, Virginia 22182
                                         (703) 748-2690
                                         (703) 748-2695 (fax)
                                         mticatch@islerdare.com
                                         *Counsel for American Airlines Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system and will also serve a copy of the foregoing via electronic mail and first-class mail upon the following:

>Tala Josephano
>615 Catalina Ave, #233
>Redondo Beach, CA 90277
>josephanotala@gmail.com
>*Pro Se Plaintiff*

>         /s/ *Micah E. Ticatch*
>Micah E. Ticatch, DC Bar No. 1005398
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690
>(703) 748-2695 (fax)
>mticatch@islerdare.com
>*Counsel for American Airlines Inc.*