# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TALA JOSEPHANO        ) | |
|      ) | |
|     Plaintiff,   ) | |
|      ) | |
| v.     ) | Case No.  1:25-cv-753-ACR |
|      ) | |
| AMERICAN AIRLINES, INC. et al.,   ) | |
|      ) | |
|     Defendants.   ) | |
|      ) | |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(6), Defendants American Airlines Inc. and Micah E. Ticatch, by counsel, hereby move to dismiss the Complaint. The grounds for this motion are set forth in the accompanying Memorandum of Support.

Dated: June 20, 2025

Respectfully submitted,

   /s/ *Micah E. Ticatch*
Micah E. Ticatch, DC Bar No. 1005398
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mticatch@islerdare.com
*Counsel for American Airlines Inc.*

   /s/ *Edward Lee Isler*
Edward Lee Isler, DC Bar No. 417076
ISLER DARE, P.C.

1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
eisler@islerdare.com
*Counsel for Micah E. Ticatch and American Airlines, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June 2025, I serve a copy of the foregoing via electronic mail and first-class mail upon the following:

> Tala Josephano
> 615 Catalina Ave, #233
> Redondo Beach, CA 90277
> josephanotala@gmail.com
> *Pro Se Plaintiff*

> /s/ *Micah E. Ticatch*
> Micah E. Ticatch, DC Bar No. 1005398
> ISLER DARE, P.C.
> 1945 Old Gallows Road, Suite 650
> Vienna, Virginia 22182
> (703) 748-2690
> (703) 748-2695 (fax)
> mticatch@islerdare.com
> *Counsel for American Airlines Inc.*