# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TALA JOSEPHANO | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:25-cv-753-ACR |
| AMERICAN AIRLINES, INC. et al., | ) |
| Defendants. | ) |

## ORDER

UPON consideration of Defendants' Motion to Dismiss, it is hereby ORDERED that the motion is GRANTED; and the claims are hereby DISMISSED WITH PREJUDICE.

Dated: _____, 2025

_____
Hon. Ana C. Reyes
United States District Judge