UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TALA JOSEPHANO,

    *Plaintiff*,

v.

AMERICAN AIRLINES INC., *et al.*,

    *Defendants*.

Case No. 25-cv-753 (ACR)

## ORDER

Pending before the Court is Defendants' Motion to Dismiss, Dkt. 7. Because consideration of Defendants' Motion could potentially dispose of this case, the Court advises Plaintiff, proceeding *pro se*, of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988) (per curiam), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. *See id.* at 509. The Court must provide "notice . . . [that] include[s] an explanation that the failure to respond to an adverse party's . . . motion may result in the . . . [C]ourt['s] granting the motion and dismissing the case." *Id.* In addition, this Court's Local Rules concerning dispositive motions state: "Within 14 days of the date of service or at such other time as the [C]ourt may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion . . . [or] the [C]ourt may treat the motion as conceded." LCvR 7(b). Further, the Court may treat as conceded any unopposed arguments that Defendants advance in their Motion. *See, e.g.*, *Hopkins v. Women's Div., Gen. Bd. of Global Ministries*, 284 F. Supp. 2d 15, 25 (D.D.C. 2003), *aff'd*, 98 F. App'x. 8 (D.C. Cir. 2004).

The Court hereby advises Plaintiff of her obligations under the Federal Rules of Civil Procedure and the Local Civil Rules.  If Plaintiff fails to submit a memorandum responding to Defendants' Motion, the Court may treat the Motion as conceded, grant the Motion, and dismiss Plaintiff's case.  Or the Court may rule on the Motion while considering only Defendants' arguments.

Accordingly, the Court hereby **ORDERS** Plaintiff to respond to Defendants' Motion on or before **August 20, 2025**.  The Court reiterates that if Plaintiff fails to respond by that date, the Court may treat the Motion as conceded and grant it on that basis.

**SO ORDERED.**

Date:  August 5, 2025                                       _____
                                                                              Ana C. Reyes
                                                                              United States District Judge