UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

|  |  |
|---|---|
| **Tala Josephano** ) | Case No.: 1:25-cv-00753 |
| ) |  |
| Plaintiff ) |  |
| **American Airlines Inc.** ) |  |
| ) |  |
| Defendant ) |  |
| ) |  |

**DECLARATION OF TALA JOSEPHANO**

I, Tala Josephano, declare as follows:

1. I am the Plaintiff in the above-captioned matter and am competent to testify to the facts stated herein based on personal knowledge. I submit this Declaration in support of my Motion for Recusal of Judge Ana C. Reyes.

2. **2.** The present case, No. 1:25-cv-00753, was filed in person, yet it did not appear on the public docket for several days. It was only uploaded after I called the intake office and demanded that it be processed. Shortly thereafter, the case was reassigned from Judge Reggie B. Walton to Judge Reyes under irregular circumstances by the same intake officer, Mr. Paterson, about whom I have already requested an investigation for manipulating the dockets, delaying uploads, and disabling my electronic notifications.



RECEIVED
AUG 21 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

These actions are suggestive of colluding with Defendant American Airlines and deprived me of timely notice.

3. In the prior case, Ayyash v. Gulf Air & American Airlines, No. 1:24-cv-03434, I submitted a notice of recusal for Judge Reyes. This filing was not acknowledged or ruled upon.

4. In addition, Judge Reyes's chambers, working in concert with interference on my personal phone communications, coordinated to benefit Defendant American Airlines by allowing them to obtain a reset after missing deadlines. This afforded American Airlines the opportunity to refile a stronger motion to dismiss, which directly led to the dismissal of my case. Such conduct demonstrates improper collaboration and further undermines judicial neutrality.

5. I never received magistrate consent forms in either case. This deprived me of my right under 28 U.S.C. § 636(c) to withhold consent to magistrate jurisdiction. Intake staff, including Jean Claude, admitted this was a mistake.

6. On multiple occasions, including via Dkt. 31 in Case No. 1:24-cv-03434 (now missing from the docket), I notified Judge Reyes and her staff of my intent to sue for fraud upon the court based on misconduct by her chambers staff and deputies assisting American Airlines and Gulf Air.

7. These allegations were formally filed and also emailed to Judge Reyes and her staff, placing her on direct notice of the conflict.

8. Despite this, Judge Reyes presided over my cases, dismissed motions without addressing them on the merits, and denied discovery. In 1:24-cv-03434, she dismissed the case while ignoring urgent emergency motions for protection and public endangerment.

9. Judge Reyes previously worked at a law firm, a firm that has represented American Airlines. This creates an appearance of partiality under 28 U.S.C. § 455(a).

10. In hearings, Judge Reyes acted in the role of defense counsel for American Airlines and Gulf Air, misquoting rules, threatening me with sanctions, and dismissing emergency motions as speculative while delaying rulings until after Gulf Air and American Airlines secured federal permits and renewed codeshare agreements.

11. As a direct result of Judge Reyes's failure to address my urgent protective filings, I was forced to leave the United States and am currently in hiding abroad due to threats to my life.

12. A reasonable person, aware of these facts, would question Judge Reyes's impartiality.

13. As a certified investigator i declare that Judge Ana, members of intake, her chamber staff including Deputy Alexander Burton are corrupted and have to be investigated

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 21, 2025 ( due to threats on my life will not declare my location )

/s/ Tala Josephano

Tala Josephano

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2025, a true and correct copy of the foregoing document was served via electronic mail to the following counsel of record:

Micah E. Ticatch

ISLER DARE, P.C.

1945 Old Gallows Road, Suite 650

Vienna, Virginia 22182

Email: mticatch@islerdare.com

Edward Lee Isler

ISLER DARE, P.C.

1945 Old Gallows Road, Suite 650

Vienna, Virginia 22182

Email: eisler@islerdare.com

In addition, a copy will be mailed via United States Postal Service to the above addresses.

Respectfully submitted,

/s/ Tala Josephano

Pro Se Plaintiff

Date: August 20, 2025