**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Civil Division**

|  |  |  |
|---|---|---|
| | ) | |
| **Tala Josephano** | ) | **Case No.:** 1:25-cv-00753 |
| | ) | |
| Plaintiff | ) | |
| **American Airlines Inc.** | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

 **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RECUSAL OF**

**JUDGE ANA C. REYES**

Upon consideration of Plaintiff's Motion for Recusal of Judge Ana C. Reyes pursuant to 28

U.S.C. §§ 144 and 455, and the record herein, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Judge Ana C. Reyes is recused and disqualified from any further participation in

this case or any related proceedings involving Plaintiff; and it is further

ORDERED that the Clerk of Court shall reassign this matter to a different judge with no prior

involvement in these proceedings to ensure impartial adjudication; and it is further

ORDERED that the Clerk shall refer Plaintiff's allegations concerning judicial misconduct and

potential corruption to the appropriate judicial oversight or disciplinary authority for independent

investigation; and it is further

ORDERED that all proceedings in this matter are hereby stayed pending the Court's entry of an

order reassigning the case and/or the resolution of the recusal issue

SO ORDERED this ___ day of _____, 2025.


UNITED STATES DISTRICT JUDGE

ANA REYES

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2025, a true and correct copy of the foregoing

document was served via electronic mail to the following counsel of record:

Micah E. Ticatch

ISLER DARE, P.C.

1945 Old Gallows Road, Suite 650

Vienna, Virginia 22182

Email: mticatch@islerdare.com


Edward Lee Isler

ISLER DARE, P.C.

1945 Old Gallows Road, Suite 650

Vienna, Virginia 22182

Email: eisler@islerdare.com


In addition, a copy will be mailed via United States Postal Service to the above addresses.


Respectfully submitted,

/s/ Tala Josephano

Pro Se Plaintiff


Date: August 20, 2025