1

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

## Civil Division

| | | |
|---|---|---|
| **Tala Josephano** | ) | |
| Plaintiff**,** | ) | **Case : 1:25-CV-00753-ACR** |
| | ) | |
| **American Airlines, INC. ,** | ) | |
| **MICAH E. TICATCH** | ) | |
| Defendants | ) | |
| _____ | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Tala Josephano, appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment and all related orders entered in this action, including but not limited to:

1. The Minute Order dated September 2, 2025, granting Defendants' Motion to Dismiss and dismissing Plaintiff's claims;

2. The Minute Order dated August 21, 2025, denying Plaintiff's Motion for Recusal and Motion to Reassign; and

3. All other adverse rulings, interlocutory orders, and judgments entered in this case.



RECEIVED

OCT 02 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

This Notice of Appeal is timely filed pursuant to Rule 4(a)(1)(A) of the Federal Rules of

Appellate Procedure.


Submitted,

Oct 2, 2025

Pro Se Plaintiff

Tala Josephano

1876 PCH
Lomita CA 90717
Josephanotala@gmail.com
347-749-4980

**CERTIFICATE OF SERVICE**

I hereby certify that on Oct 2 2025,  Plaintiff Tala  will be sending a true and correct copy of the

following documents to be served upon the parties listed below:

Notice Of Appeal

1-Defendant Micah E. Ticatch 1945 Old Gallows Road, Suite 650 Vienna, Virginia 22182 .

Method of Service: Email mticatch@islerdare.com pursuant to agreement with counsel,

2-Counsel for American Airlines, Inc. and Micah E. Ticatch

**Edward Lee Isler**. Isler Dare, P.C.  1945 Old Gallows Road Suite 650 Vienna, VA 22182 (703)

748-2690 : USPS first class  mail

Submitted,

Oct 2, 2025

Pro Se Plaintiff

Tala Josephano

1876 PCH
Lomita CA 90717
Josephanotala@gmail.com
347-749-4980