APPEAL,CLOSED,JURY,PROSE–NP,TYPE–F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:25−cv−00753−ACR

| | |
|---|---|
| JOSEPHANO v. AMERICAN AIRLINES INC. et al | Date Filed: 03/14/2025 |
| Assigned to: Judge Ana C. Reyes | Date Terminated: 09/04/2025 |
| Cause: 28:1332 Diversity−Fraud | Jury Demand: Plaintiff |
| | Nature of Suit: 370 Other Fraud |
| | Jurisdiction: Diversity |

**Plaintiff**

**TALA JOSEPHANO**       represented by   **TALA JOSEPHANO**
615 S. Catalina Ave
#233
Redondo Beach, CA 90277
PRO SE

V.

**Defendant**

**AMERICAN AIRLINES INC.**       represented by   **Edward Lee Isler**
ISLER DARE, P.C.
1945 Old Gallows Road
Suite 650
Vienna, VA 22182
(703) 748−2690
Fax: (703) 748−2695
Email: eisler@islerdare.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Micah Ephram Ticatch**
ISLER DARE, P.C.
1945 Old Gallows Road
Suite 650
Vienna, VA 22182
(703) 748−2690
Fax: (703) 748−2695
Email: mticatch@islerdare.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MICAH E. TICATCH**       represented by   **Edward Lee Isler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2025 | 1 | COMPLAINT against AMERICAN AIRLINES INC., MICAH E. TICATCH ( Filing fee $ 405, receipt number 209231) with Jury Demand filed by TALA JOSEPHANO. (Attachments: # 1 Civil Cover Sheet)(zdp) (Entered: 03/20/2025) |
| 03/14/2025 |   | SUMMONS Not Issued as to AMERICAN AIRLINES INC., MICAH E. TICATCH (zdp) (Entered: 03/20/2025) |
| 03/20/2025 |   | Summons (2) Issued as to AMERICAN AIRLINES INC., MICAH E. TICATCH. (zdp) (Entered: 03/20/2025) |
| 03/20/2025 | 2 | Case directly reassigned to Judge Ana C. Reyes as related. Judge Reggie B. Walton is no longer assigned to the case. (ztnr) (Entered: 03/20/2025) |
| 06/10/2025 | 3 | MOTION to Reassign Case by TALA JOSEPHANO. (Attachments: # 1 Exhibit, # 2 Proposed Order)(zdp) (Entered: 06/10/2025) |
| 06/20/2025 | 4 | NOTICE of Appearance by Micah Ephram Ticatch on behalf of AMERICAN AIRLINES INC. (Ticatch, Micah) (Entered: 06/20/2025) |
| 06/20/2025 | 5 | NOTICE of Appearance by Edward Lee Isler on behalf of AMERICAN AIRLINES INC., MICAH E. TICATCH (Isler, Edward) (Entered: 06/20/2025) |
| 06/20/2025 | 6 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by AMERICAN AIRLINES INC. (Ticatch, Micah) (Entered: 06/20/2025) |
| 06/20/2025 | 7 | MOTION to Dismiss by AMERICAN AIRLINES INC., MICAH E. TICATCH. (Attachments: # 1 Text of Proposed Order, # 2 Memorandum in Support, # 3 Exhibit A (Transcript of Hearing))(Isler, Edward) (Entered: 06/20/2025) |
| 08/05/2025 | 8 | *FOX/NEAL* ORDER notifying Plaintiff of her obligation to respond to Defendants' 7 Motion to Dismiss on or before August 20, 2025, and informing Plaintiff that failure to file a timely response may result in dismissal of her claims. See Order for details. Signed by Judge Ana C. Reyes on 08/05/2025. (lcacr2) (Entered: 08/05/2025) |
| 08/20/2025 | 9 | MOTION for Recusal by TALA JOSEPHANO. (znmw) (Entered: 08/20/2025) |
| 08/21/2025 | 10 | DECLARATION by TALA JOSEPHANO re 9 MOTION for Recusal. (Attachments: # 1 Text of Proposed Order)(znmw) (Entered: 08/21/2025) |
| 08/21/2025 |   | MINUTE ORDER denying 3 Motion to Reassign Case; denying 9 Motion for Recusal. The Court DENIES 3 Motion to Reassign Case because related cases are assigned according to LCvR 40.5(a), (c), and because Plaintiff identifies no circumstances requiring disqualification under 28 U.S.C. § 455. The Court DENIES 9 Motion for Recusal for the same reasons. Signed by Judge Ana C. Reyes on 08/21/2025. (lcacr2) (Entered: 08/21/2025) |
| 08/29/2025 | 11 | NOTICE of Election to Stand on complaint by TALA JOSEPHANO re 1 Complaint (znmw) (Entered: 09/02/2025) |
| 09/02/2025 |   | MINUTE ORDER granting 7 Motion to Dismiss. In its 8 Fox/Neal Order, the Court notified Plaintiff of her obligation to respond to Defendants' Motion to Dismiss and informed Plaintiff that failure to file a timely response would result in dismissal of her claims. In light of Plaintiff's 11 Notice in which Plaintiff indicated her refusal to comply with the Fox/Neal Order and to respond to the Motion to Dismiss, the Court deems the arguments in the Motion to Dismiss conceded. |

|  |  |  |
|---|---|---|
|  |  | The Court therefore GRANTS the Motion to Dismiss. The Court further DISMISSES this case for Plaintiff's failure to prosecute, failure to comply with this Court's Fox/Neal Order, and failure to adhere to the Federal Rules of Civil Procedure. The Court DIRECTS the Clerk of the Court to terminate this case. Signed by Judge Ana C. Reyes on 09/02/2025. (lcacr2) (Entered: 09/02/2025) |
| 10/02/2025 | 12 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 9/2/2025 Minute Order on Motion to Dismiss by TALA JOSEPHANO. Fee Status: No Fee Paid. Parties have been notified. (znmw) (Entered: 10/03/2025) |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| **Tala Josephano** | ) | |
| Plaintiff, | ) | Case : 1:25-CV-00753-ACR |
| | ) | |
| **American Airlines, INC.,** | ) | |
| **MICAH E. TICATCH** | ) | |
| Defendants | ) | |
| _____ | ) | |

NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Tala Josephano, appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment and all related orders entered in this action, including but not limited to:

1. The Minute Order dated September 2, 2025, granting Defendants' Motion to Dismiss and dismissing Plaintiff's claims;

2. The Minute Order dated August 21, 2025, denying Plaintiff's Motion for Recusal and Motion to Reassign; and

3. All other adverse rulings, interlocutory orders, and judgments entered in this case.



**RECEIVED**
OCT 02 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

This Notice of Appeal is timely filed pursuant to Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure.

Submitted,

Oct 2, 2025

Pro Se Plaintiff

Tala Josephano

1876 PCH
Lomita CA 90717
Josephanotala@gmail.com
347-749-4980

## CERTIFICATE OF SERVICE

I hereby certify that on Oct 2 2025, Plaintiff Tala will be sending a true and correct copy of the following documents to be served upon the parties listed below:

Notice Of Appeal

1-Defendant Micah E. Ticatch 1945 Old Gallows Road, Suite 650 Vienna, Virginia 22182 . Method of Service: Email mticatch@islerdare.com pursuant to agreement with counsel,

2-Counsel for American Airlines, Inc. and Micah E. Ticatch

**Edward Lee Isler**. Isler Dare, P.C. 1945 Old Gallows Road Suite 650 Vienna, VA 22182 (703) 748-2690 : USPS first class mail

Submitted,

Oct 2, 2025

Pro Se Plaintiff

Tala Josephano

1876 PCH
Lomita CA 90717
Josephanotala@gmail.com
347-749-4980